IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

```
BRITTAN BROWN                     )
                                  )
          Plaintiff,              )
                                  )
     v.                           )    1:24-cv-1049
                                  )
UNKNOWN PERSONS                   )
AT CENTRAL PRISON,                )
                                  )
          Defendant.              )
```

## ORDER

On December 19, 2024, the United States Magistrate Judge's Order and Recommendation was filed and notice was served on the parties pursuant to 28 U.S.C. § 636. (Docs. 2, 3.) No objections were filed within the time limits prescribed by Section 636.

Therefore, the court need not make a de novo review and the Magistrate Judge's Recommendation is hereby adopted.

**IT IS THEREFORE ORDERED** that the Magistrate Judge's Recommendation, (Doc. 2), is hereby **ADOPTED. IT IS FURTHER ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE** to Plaintiff filing a new complaint, on the proper § 1983 forms and in the proper district, correcting the defects cited in the Recommendation.

A Judgment dismissing this action will be entered contemporaneously with this Order.

This the 10th day of February, 2025.

                                            /s/ William L. Osteen, Jr.
                                        United States District Judge